**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALTICOR INC. and AMWAY CORP., | ) |
| Plaintiffs, | ) Hon. Jeffrey I. Cummings |
| v. | ) Case No: 1:24-cv-3076 |
| FERNANDO GABRIEL BRYNER, MARIA INES MARTINETTI, STEPHANIE BRYNER, ARIEL SZRUT, MARIANO BRYNER, and JOHN DOES 1-10, | ) |
| Defendants. | ) |

**AGREED MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Alticor Inc. and Amway Corp. (collectively, "Plaintiffs") submit this agreed motion for entry of stipulated final judgment and a permanent injunction. In support, Plaintiffs state as follows:

1. Plaintiffs filed their complaint in this action on April 17, 2024. (Dkt. No. 1.) In the following weeks, Plaintiffs communicated with counsel for defendants Fernando Gabriel Bryner, Maria Ines Martinetti, Stephanie Bryner, Ariel Szrut, and Mariano Bryner ("Defendants").

2. Plaintiffs and Defendants (collectively, "the Parties") have reached an agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on the Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted to the Court with this motion. Each of the Parties has agreed to the terms in the proposed Stipulated Final Judgment and Permanent Injunction.

3. Accordingly, Plaintiffs hereby request that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this Motion and retain

jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

4. Through a separate filing, Plaintiffs have dismissed John Does 1-10 from this action without prejudice. Accordingly, entering the proposed Stipulated Final Judgment and Permanent Injunction will resolve all remaining claims and allow for closure of this case.

Dated: June 19, 2024 　　　　　　　　　　　　　　　Respectfully submitted

| | |
|---|---|
| */s/ Daniel C.F. Wucherer* | */s/ Leslie R. Gillis* |
| Daniel C.F. Wucherer | Leslie R. Gillis |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ROSENBAUM & SEGALL, P.C. |
| 301 E. 4th Street, Suite 3500 | 780 Long Beach Blvd. |
| Cincinnati, OH 45202 | Long Beach, NY 11561 |
| Tel: (513) 723-4093: | Tel: (212) 256-1109 |
| dcwucherer@vorys.com | leslieg@amazonsellerslawyer.com |
| | |
| ***Attorneys for Plaintiffs Alticor Inc. and Amway Corp.*** | ***Attorneys for Defendants Fernando Gabriel Bryner, Maria Ines Martinetti, Stephanie Bryner, Ariel Szrut, and Mariano Bryner*** |

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed with the Court on June 19, 2024. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                    */s/ Daniel C.F. Wucherer*
                                                    Daniel C.F. Wucherer